# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KHALED M. SADI,<br>    Petitioner<br><br>    v.<br><br>BRUCE CHADBOURNE, ET AL.,<br>    Respondent | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:10-CV-30114 -MAP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Bruce Chadbourne, et al., against the petitioner Khaled M. Sadi, pursuant to the court's endorsed order entered this date, granting respondent's motion to dismiss.

                                                **SARAH A. THORNTON**,
                                                CLERK OF COURT

Dated:  July 29, 2010                           By  /s/ *Maurice G. Lindsay*
                                                Maurice G. Lindsay
                                                Deputy Clerk

(Civil Judgment re Pet v. Resp3 (rutine).wpd - 11/98)
                [jgm.]